UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL WEST,<br><br>                 Plaintiff,<br>    v.<br><br>DON WHITE, et al.,<br><br>                 Defendants. | CASE NO. C16-1185JLR<br><br>ORDER OF DISMISSAL |

On March 30, 2017, the court ordered Plaintiff Cheryl West and Defendant Don White to show cause by April 10, 2017, why the court should not dismiss this action without prejudice for failure to comply with the initial scheduling order, which the court had extended repeatedly. (*See* 3/30/17 Order (Dkt. # 39); Dkt.) The court cautioned the parties that a failure to timely respond would result in dismissal. (3/30/17 Order at 2.)

//

//

//

ORDER - 1

No party has responded to the court's order. (*See* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 11th day of April, 2017.

JAMES L. ROBART
United States District Judge